**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MILAGROS SENIOR,

                           Plaintiff,          **25 Civ. No. 1242 (PAE) (GS)**

     -against-

                                                **CASE MANAGEMENT**
DELAWARE VALLEY UNIVERSITY          **CONFERENCE ORDER**
INC.,

                          Defendant.

-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for an Initial Case Management Conference on **Monday, June 9, 2025 at 2:00 p.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now**. **[Meeting ID: 272 169 674 165 0] [Passcode: se7xJ29C]**

      **SO ORDERED.**

DATED:    New York, New York
               May 5, 2025

                                                _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge